No. 8628.

WILKIE & TURNBULL vs. ALBERT SCHULTZ.

In absence of special authority, which did not exist in this case, it is not in the power of the master, in a foreign port, to release the charterer from the stipulations of his contract with the owner as evidenced by the charter party.

The refusal of the charterer to comply with his contract, except on condition of enforcement of a verbal alteration of the terms thereof, alleged to have been assented to by the master, dispenses with default. Under such state of facts, the master is not bound to hold the vessel until the last day stipulated for demurrage, but may seek his load elsewhere, without forfeiting his right to damages under the contract.

Judgment affirmed.

APPEAL from the Fifth District Court for the Parish of Orleans. *Rogers*, J.

---

*E. W. Huntington* and *H. L. Dufour* for Plaintiff and Appellee.

*Singleton & Browne* for Defendant and Appellant.

---

The opinion of the Court was delivered by FENNER, J.